RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Brian C. Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRIAN C. FISHER,<br><br>            Defendant. | Case No. 2:15-mj-631-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for Brian C. Fisher, that the Preliminary Hearing currently scheduled on November 4, 2015 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   Counsel for the defendant will require additional time to meet and confer with his client regarding his rights and the charges against him.  Additionally, counsel for the undersigned needs time to review medical records.  The additional time, if granted by the Court

will also possibly lead to a resolution of the case thus saving scarce judicial and prosecutorial resources.

2. Defendant is not incarcerated and does not object to a continuance.

3. Both parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 3rd day of November, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ William Carrico*<br>By_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-631-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| BRIAN C. FISHER, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 4, 2015 at the hour of 4:00 p.m., be vacated and continued to December 3, 2015 at the hour of 4:00pm in Courtroom 3D.

DATED: November 4, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3