**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN C. FISHER,<br><br>   Defendant. | Case No. 2:15-MJ-00631-NJK<br><br>**ORDER** |

**ORDER**

IT IS THEREFORE ORDERED that the Defendant be permitted to depart from McCarren International Airport at 11:00 AM, on August 16, 2016, stay the night at the Military Independent Brand Evergreen Inn, on McChord Air Force Base, and depart for Las Vegas, Nevada, after the examination is completed, from Seattle/Tacoma Airport at 7:45 PM on August 17, 2016.

IT IS FURTHER ORDERED that the Las Vegas Office of Pretrial Services of the United States Court be permitted to make any adjustments to the Defendant's conditions that would be required to facilitate his travel, stay and safe return to the District of Nevada.

IT IS FURTHER ORDERED that all remaining Conditions of Pretrial Release would be automatically reinstated upon the Defendant's return to the jurisdiction, unless or until, further modified by this Court.

DATED this 15th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE