RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brian C. Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRIAN C. FISHER,<br><br>  Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT & PLEA**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brian C. Fisher, that the Initial Appearance and Arraignment & Plea currently scheduled on February 15, 2017 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Mr. Fisher has been attempting to resolve his pending state matters. The parties assumed both matters would be resolved last week. One of the state cases has been resolved.

However, the second matter is anticipated to be resolved later this week. The parties seek to resolve all state matters before they proceed with the instant hearing.

2.  The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the first request for a continuance of the initial appearance and arraignment & plea.

DATED this 13th day of February, 2017.

RENE L. VALLADARES
Federal Public Defender

By_____
RAQUEL LAZO
Assistant Federal Public Defender

DANIEL G. BOGDEN
United States Attorney

By_Elham Roohani_____
ELHAM ROOHANI
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN C. FISHER,<br><br>Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the initial appearance and arraignment & plea currently scheduled for Wednesday, February 15, 2017 at 10:00 a.m., be vacated and continued to **Thursday, March 9, 2017 at 11:00 a.m.**

DATED February 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

3