RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brian C. Fisher



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRIAN C. FISHER,<br><br>  Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brian C. Fisher, that the Revocation Hearing currently scheduled on February 14, 2017 at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Mr. Fisher has been attempting to resolve his pending state matters. The parties assumed both matters would be resolved last week. One of the state cases has been resolved.

1. However, the second matter is anticipated to be resolved later this week. The parties seek to resolve all state matters before they proceed with the instant hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of February, 2017.

RENE L. VALLADARES  
Federal Public Defender

By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

DANIEL G. BOGDEN  
United States Attorney

By_____  
ELHAM ROOHANI  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN C. FISHER,<br><br>    Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 14, 2017 at 9:30 a.m., be vacated and continued to March 7, 2017 at the hour of 2:30 p.m.

DATED this 14 day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3