```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

              MAR - 9 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
   BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN CHRISTOPHER FISHER, )<br>)<br>Defendant. ) | 2:16-CR-378-JCM<br><br><br>Preliminary Order of Forfeiture |

This Court finds that defendant Brian Christopher Fisher pled guilty to Count One of a One-Count Criminal Information charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Brian Christopher Fisher agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which defendant Brian Christopher Fisher pled guilty.

The following property is (1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(5)(B), and is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. MSI Laptop S/N GT780DX;

2. Seagate Hard Disk Drive (HDD) S/N 9VP0XN5J;

3. Western Digital HDD S/N WCAU48179764;

4. Seagate External Hard Disk Drive (EXHDD) S/N 2GET4XQ9;

5. Maxtor HDD S/N Y35N9WGE;

6. Western Digital HDD S/N WCASU3886824;

7. Hitachi HDD S/N HN1Z3Y9B;

8. Western Digital EXHDD S/N WXL1E92AWLW6;

9. Seagate HDD S/N 6VPCKL3S;

10. 8 GB USB; and

11. Samsung Galaxy S4 S/N R38F505Q57W

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Brian Christopher Fisher in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

/ / /

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

2   America shall publish for at least thirty (30) consecutive days on the official internet government

3   forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

4   property, state the time under the applicable statute when a petition contesting the forfeiture must

5   be filed, and state the name and contact information for the government attorney to be served

6   with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

7   Section 853(n)(2).

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or

9   entity who claims an interest in the aforementioned property must file a petition for a hearing to

10   adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

11   signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

12   Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature

13   and extent of the petitioner's right, title, or interest in the forfeited property and any additional

14   facts supporting the petitioner's petition and the relief sought.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

16   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no

17   later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

18   sixty (60) days after the first day of the publication on the official internet government forfeiture

19   site, www.forfeiture.gov.

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

21   any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

22   the following address at the time of filing:

23       Michael A. Humphreys
    Assistant United States Attorney
24       Daniel D. Hollingsworth
    Assistant United States Attorney
25       501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101.

26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 9th day of March , 2017.

UNITED STATES DISTRICT JUDGE