RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brian Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-378-JCM-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| BRIAN FISHER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Chad William McHenry, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brian Fisher, that the Sentencing Hearing currently scheduled on June 8, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Additional time is needed for defense counsel to obtain sentencing mitigation documents and provide them to probation for the presentence investigation report.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 17th day of April, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Chad William McHenry*<br>By_____<br>CHAD WILLIAM MCHENRY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRIAN FISHER,

    Defendant.

Case No. 2:16-cr-378-JCM-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 8, 2017 at 10:30 a.m., be vacated and continued to **Tuesday, August 8, 2017 at 10:00 a.m.**

    DATED April 19, 2017.

_____
UNITED STATES DISTRICT JUDGE