RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brian Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FISHER,<br><br>Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brian Fisher, that the Sentencing Hearing currently scheduled on August 8, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than twenty one (21) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defense needs additional time to review the presentence investigation report with Mr. Fisher. Also, defense counsel is still in the process of obtaining mitigation evidence.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 28th day of July, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-378-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN FISHER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 8, 2017 at 10:30 a.m., be vacated and continued to **September 7, 2017 at 10:00 a.m.**

DATED July 28, 2017.

_____
UNITED STATES DISTRICT JUDGE

3