RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brian Fisher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FISHER,<br><br>Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brian Fisher, that the Sentencing Hearing currently scheduled on September 7, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict with the current sentencing date as she will be in trial in *United States v. Mendoza*, 2:16-cr-324-LRH-GWF, beginning September 5, 2017. The trial is expected to last four days.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 16th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN FISHER,<br><br>  Defendant. | Case No. 2:16-cr-378-JCM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, September 7, 2017 at 10:00 a.m., be vacated and continued to _____ at the hour of ____:____ ___.m.

DATED this ____ day of August, 2017.

_____<br>UNITED STATES DISTRICT JUDGE

3