FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 3 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-378-JCM-(CWH) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| BRIAN CHRISTOPHER FISHER, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Brian Christopher Fisher to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Brian Christopher Fisher pled guilty. Criminal Information, ECF No. 63; Change of Plea, ECF No. 61; Plea Agreement, ECF No. 65; Preliminary Order of Forfeiture, ECF No. 66.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 11, 2017, through April 9, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 75.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. MSI Laptop S/N GT780DX;
2. Seagate Hard Disk Drive (HDD) S/N 9VP0XN5J;
3. Western Digital HDD S/N WCAU48179764;
4. Seagate External Hard Disk Drive (EXHDD) S/N 2GET4XQ9;
5. Maxtor HDD S/N Y35N9WGE;
6. Western Digital HDD S/N WCASU3886824;
7. Hitachi HDD S/N HN1Z3Y9B;
8. Western Digital EXHDD S/N WXL1E92AWLW6;
9. Seagate HDD S/N 6VPCKL3S;
10. 8 GB USB; and
11. Samsung Galaxy S4 S/N R38F505Q57W

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///

///

2

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record.
3     DATED this 30th day of Oct., 2017.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE