# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 17-10530 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:16-cr-00378-JCM-CWH-1 |
| BRIAN CHRISTOPHER FISHER, | ) | |
| Defendant-Appellant. | ) | **ORDER** |

Pursuant to the order filed on January 24, 2018 by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

IT IS HEREBY ORDERED that **Angela Dows** is appointed to represent BRIAN CHRISTOPHER FISHER for this appeal. Ms. Dow's address is: 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128 and her telephone number is (702) 794-4411.

Former counsel, Federal Public Defender's office is directed to forward the file to Ms. Dows forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED February 1, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE